IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN NIX, #167868, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:03cv886-T |
| ) | |
| DONAL CAMPBELL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On 5 October 2005, the Magistrate Judge filed a Recommendation (Doc. #20) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The Recommendation be and is hereby ADOPTED;

2. That the Plaintiff's complaint for injunctive relief is hereby DISMISSED as moot since a more favorable decision on the merits would not entitle him to any additional relief;

3. That this case is DISMISSED with prejudice; and

4. The costs of this proceeding are TAXED against the Plaintiff.

Done this the 28th day of October 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE